UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ARTHUR VERNELL THOMPSON**, Plaintiff, v. **MICHAEL MCNAMARA, et al.**, Defendant. | 2:21:CV-11045 **JUDGMENT** |

The above-entitled matter having come before the Court on a civil rights complaint brought pursuant to 42 U.S.C. § 1983, the Honorable Terrence G. Berg, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the civil rights complaint is **DISMISSED WITHOUT PREJUDICE**.

Dated: May 28, 2021    s/Terrence G. Berg
　　　　　　　　　　　TERRENCE G. BERG
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1

## Certificate of Service

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on May 28, 2021.

s/A. Chubb
Case Manager
